**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.   17-52249-PMB |
| | ) | |
| **CARNELL R. BOYD, SR.** | ) | |
| **and PALECIA L. BOYD,** | ) | CHAPTER   7 |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

## **WITHDRAWAL OF TRUSTEE'S REPORT OF NO DISTRIBUTION**

COMES NOW Neil C. Gordon, Trustee of the estate of the above-named debtors, Carnell R. Boyd, Sr. and Palecia L. Boyd, and hereby withdraws the Trustee's Report of No Distribution filed on October 15, 2018.

This 15th day of October, 2018.

                Respectfully submitted,

                /s/ Neil C. Gordon
                Neil C. Gordon
                State Bar No. 302387
                Chapter 7 Trustee
                171 17th Street, N.W., Suite 2100
                Atlanta, Georgia  30363-1031
                (404) 873-8596
                Email:  neil.gordon@agg.com

12188932v1

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day served a copy of the foregoing pleading upon the following parties by depositing same in the United States Mail, postage prepaid, addressed to:

Office of the U.S. Trustee
362 Richard Russell Bldg.
75 Ted Turner Drive, S.W.
Atlanta, GA  30309-3450

Carnell R. Boyd, Sr.
5678 Highway 20 S
Covington, GA  30016

Palecia L. Boyd
5678 Highway 20 S
Covington, GA  30016

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III- Suite 1700
2859 Paces Ferry Road, SE
Atlanta, GA  30339

      This 15th day of October, 2018.

                                        <u>/s/ Neil C. Gordon</u>
                                        Neil C. Gordon